AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

FILED
Jan 24 2022
ARTHUR JOHNSTON, CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Mark Allen Lacy, Jr. | ) Case No. 1:22-mj- 504-RPM |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __May 5, 2021__ in the county of __Jackson__ in the __Southern__ District of __MS, Southern Division__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 115(a)(1)(B) | Threat to assault, kidnap or murder a Federal Law Enforcement Officer |

This criminal complaint is based on these facts:

See Affidavit, which is attached and incorporated by reference herein.

☑ Continued on the attached sheet.

_____
Complainant's signature

Melissa A. McQuagge, Task Force Officer FBI
Printed name and title

Sworn to before me and signed in my presence.

Date: 1-24-2022

_____
Judge's signature

City and state: Gulfport, Mississippi

Robert P. Myers, Jr., United States Magistrate Judge
Printed name and title

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF MISSISSIPPI

## AFFIDAVIT

I, Mellisa A. McQuagge, being duly sworn, state as follows:

1. I am currently a Gautier Police Officer assigned to the Federal Bureau of Investigation (FBI) Violent Crimes Task Force. I have been employed since November 2015. I am currently assigned to the FBI Jackson Division, Pascagoula Resident Agency and have been so assigned since January 2020. My previous assignments and my current responsibilities and training include the investigation of violent crimes and threat of violent crimes including, among others, kidnapping, assault, illegal firearm possession, violent fugitives, and criminal enterprises. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of the Affiant's knowledge regarding this matter.

2. Based upon your Affiant's training, experience, and the facts set forth in this affidavit there is probable cause to believe that on or about, May 05, 2021, **MARK ALLEN LACY, JR.**, began a series of telephonic contacts with personnel of the Federal Bureau of Investigation (hereinafter "FBI") which led to his making threats to kill federal agents, or federal law enforcement officers, on November 08, 2021, in violation of Title 18, United States Code, Section 115(a)(1)(B).

1

3. This affidavit is based on my participation in this investigation, reports I have read related to this investigation, and conversations I have had with other law enforcement personnel who have knowledge of the events and circumstances described herein.

## I. FACTS SUPPORTING PROBABLE CAUSE

4. On or about May 5, 2021, at 5:38 p.m., an individual who identified himself as **MARK ALLEN LACY, JR.** (hereinafter "**M. LACY, JR.**") telephonically contacted the Federal Bureau of Investigation (hereinafter "FBI") Jackson Division, Pascagoula Resident Agency (hereinafter "PRA") and left a voicemail on the office's general voicemail box and stated as follows:

    a. During the call, **M. LACY, JR.** (self identifies during call) stated "I'm tired of ya'll doing experiments on me. I fucking hate you. My name is **M. LACY, JR.** Put me in jail. You mother fuckers. I swear to God if I get hit, if I motherfuckers. Fuck the FBI. Fuck the United States. Fuck you."

5. On or about July 07, 2021, at approximately 11:20 a.m., an individual who identified himself as **M. LACY, JR.** telephonically contacted the FBI Jackson Division, PRA and spoke with a Task Force Agent (hereinafter "TFA") G.C. and stated as follows:

    a. **M. LACY, JR.** (self identifies during call) stated he had implants placed in his head by the FBI and that Agents were wearing firearms on their side that **M. LACY, JR.**, could not see. **M. LACY, JR.**, was told that FBI could not help

2

him and not to call back. **M. LACY, JR.**, became irate and the telephone call was ended.

6. On July 23, 2021, at approximately 1:00 p.m., **M. LACY, JR.**, telephoned the Gulfport Resident Agency (hereinafter "GRA") of the FBI and spoke with a Special Agent (SA) H.I. using telephone number (xxx) xxx-6872.

    a. **M. LACY, JR.**, stated that the FBI cut him open and put a device inside of his body.

    b. **M. LACY, JR.**, threatened to go to Walmart with a sign stating that the FBI had done this to him the device is not removed immediately. **M. LACY, JR.**, was yelling and hostile during the conversation.

7. On or about October 23, 2021, at approximately 6:08 p.m., Ocean Springs Police Department Officers (hereinafter "OSPD") responded to a residence located in Ocean Springs, MS, for a call of Disturbing the Peace. OSPD Dispatch advised a white male later identified as **M. LACY, JR,** was bare chested and acting crazy.

8. On or about October 29, 2021, at approximately 9:32 a.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Welfare Concern referencing a male, later identified as **M. LACY, JR,** yelling loudly for two hours outside the residence.

    a. **M. LACY, JR.**, informed the Officer while inside his residence that he had issues with people hurting him and forcing him to time travel. Acadian

3

        Ambulance Service and Crisis Negotiators attempted to speak with **M. LACY, JR.**, for two hours.

    b. Unable to communicate any legitimate need for law enforcement assistance and unwilling to accept an offer for medical assistance, OSPD Supervisors terminated negotiations when believed no one, including **M. LACY, JR.**, in or around the home were in danger or being harmed.

9. On or about November 03, 2021 at approximately 4:47 p.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Mental Case call due to **M. LACY, JR.**, screaming and causing a disturbance.

10. On or about November 08, 2021, at approximately 11:35 a.m., **M. LACY, JR.**, (self identifies during call) telephonically contacted the FBI Jackson Division, PRA and spoke with a Task Force Officer (hereinafter "TFO") J.B. **M. LACY, JR.**, stated he was tired of time traveling and was going to kill as many FBI Agents as he could. **M. LACY, JR.**, specifically stated, "I'm gonna take out as many of you as I can." The phone call was terminated.

11. On or about November 10, 2021, **M. LACY, JR.** (self identifies during call), telephonically contacted the 81 Security Forces Squadron at Keesler Air Force Base (hereinafter "KAFB") and made delusional statements and threatened to kill United States Service Members.

<ol type="a">
<li>

**M. LACY, JR.**, stated he was going to drive down to Keesler Air Force Base and kill KAFB Civilian Employee W.B. but **M. LACY, JR.**, was going to punch him in his face first.

</li>
<li>

**M. LACY, JR.**, stated he had been experimented on by the FBI, to include having a time travel device implanted in his body. Further stating the FBI being able to read and control minds through the use of radio wave technology.

</li>
<li>

**M. LACY, JR.**, informed KAFB Employee W.B. he was to "come down there and kill all those motherfuckers."

</li>
</ol>

12. On or about November 10, 2021, at approximately 2:55 p.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Mental Case call due to **M. LACY, JR.**, screaming and causing a disturbance. **M. LACY, JR.**, threatened to kill the 911 caller as she was walking her dog in the neighborhood and stated he would burn down all the houses in the area.

13. On or about November 13, 2021, at approximately 7:51 p.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Mental Case call due to **M. LACY, JR**, "being **M. LACY, JR**" in the front yard.

14. On or about November 14, 2021, at approximately 4:05 a.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Welfare Concern call of **M. LACY, JR.**

15. On or about November 14, 2021, at approximately 3:33 p.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Welfare Concern call of **M. LACY, JR.**

16. On or about November 15, 2021, at approximately 1:38 p.m., OSPD Officers responded to a residence located in Ocean Springs, MS, for a Civil Disturbance call involving **M. LACY, JR.**

17. On November 19, 2021, in the Chancery Court of Jackson County, MS, a FBI-TFO submitted an affidavit/application for a mental writ seeking a mental evaluation of **M. LACY, JR.** Subsequently, the writ was ordered and **M. LACY, JR.**, was detained for a mental evaluation.

    a. At the time **M. LACY, JR.**, was detained a cardboard sign was affixed with tape to the rear door of the van belonging to **M. LACY, JR.**, with a message written in marker which stated: "FBI & CIA Risk my life and Aliens need to be destroyed get rid of cell phone signal and electricity I don't want to Time Travel."

18. On November 22, 2021, a Subpoena was served for subscriber (**M. LACY, JR.**) information associated with METRO PCS/T MOBILE telephone number (xxx) xxx-6872. Those records were provided on November 30, 2021. The calling number (xxx) xxx-6872 belonging to **M. LACY, JR.** corroborated with the destinations listed in the Facts Supporting Probable Cause.

19. During the dates of January 07, 2022, through January 13, 2022, **M. LACY, JR.** contacted the FBI PRA on four occasions.

20. An inquiry of the National Crime Information Center (NCIC) revealed **M. LACY, JR.** has a criminal history including but not limited to, Possession of Crack Cocaine, Failure to Appear, Simple Assault, Disturbance in Public, Sale of a Controlled Substance, Contempt of Court, Possession of Drug Paraphernalia, Indecent Exposure/Abusive Language, Threat-Federal Protectees.

21. Based on the forgoing, your Affiant believes that probable cause exists showing that **Mark Allen Lacy, Jr.**, committed the crime of Threatening Federal Law Enforcement Agents in violation of Title 18, United States Code, Section 115(a)(1)(B), and I respectfully request that the Court authorize a complaint charging **M. LACY, JR.** with the aforementioned offense and issue a warrant for his arrest.

FURTHER AFFIANT SAYETH NOT.

Mellisa A. McQuagge
Task Force Officer
Federal Bureau of Investigation

SUBSCRIBED AND SWORN to before me on January 24th, 2022.

United States Magistrate Judge